UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on November 9, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Jeffrey L. Johnson

| | |
|---|---|
| Case No.: | 17-28638-KCF |
| Hearing Date: | 11/07/2017 |
| Judge: | KCFerguson |
| Chapter: | 7 |

Recommended Local Form:    ☒ Followed    ☐ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
for Approval to Participate in the Court's
Loss Mitigation Program

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 9, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

A motion or application having been filed on _____October 16_____, 20 _17_ by _the Debtor_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-28638-KCF
Jeffrey L. Johnson                                              Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Nov 09, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2017.
db             +Jeffrey L. Johnson,    22 Daisy Ct.,   Sayreville, NJ 08872-2124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2017 at the address(es) listed below:
              Bunce Atkinson    bunceatkinson@aol.com, NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
              Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Citigroup Mortgage Loan Trust 2007-WFHE4, Asset-Backed Pass-Through Certificates, Series
               2007-WFHE4 cwohlrab@logs.com,    njbankruptcynotifications@logs.com
              Michelle Labayen    on behalf of Debtor Jeffrey L. Johnson njchapter7@gmail.com,
               benitezgiovanna@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank
               National Association, as Legal Title Trustee rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5