| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>WNI 15-009336<br>Shapiro & DeNardo, LLC<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856)793-3080<br>Chandra M. Arkema - 029552006<br>Krystin M. Alex - 171402015<br>Katherine Knowlton Lopez - 013502011<br>Kathleen M. Magoon - 040682010<br>Donna L. Skilton - 013072007<br>Charles G. Wohlrab - 016592012<br>Rebecca Cirrinicione - 031212012<br>Courtney A. Martin - 098782016<br>Samantha Gable - 150622016<br>Jeffrey Rappaport - 003431991<br>ATTORNEYS FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST 2007-WFHE4, ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-WFHE4 | Order Filed on December 6, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>JEFFREY L. JOHNSON, DEBTOR | CASE NO.: 17-28638-KCF<br><br>JUDGE: HONORABLE KATHRYN C FERGUSON |

## ORDER VACATING STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: December 6, 2017**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the motion of SHAPIRO & DENARDO, LLC, Attorneys for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST 2007-WFHE4, ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-WFHE4 under Bankruptcy Code section 362(d) for relief from the Automatic Stay as to certain real property as hereinafter set forth, and for cause shown,

1. The Automatic Stay of Bankruptcy Code section 362(a) is vacated to permit the movant to institute or resume and prosecute to conclusion one or more action(s) in the court (s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant or alternatively to allow movant to pursue alternatives to foreclosure upon the following:

_____    Land and premises commonly known as Lot 40.22 Block 211.03

Commonly Known As: 22 Daisy Court, Sayreville, NJ 08872-2124.

2. The movant may join the Debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the Debtor, any trustee and other party who entered an appearance on the motion.