**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jeffrey L. Johnson | Social Security number or ITIN  xxx–xx–5653 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–28638–KCF | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jeffrey L. Johnson

12/22/17

**By the court:** Kathryn C. Ferguson
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-28638-KCF
Jeffrey L. Johnson                                                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 2           Date Rcvd: Dec 22, 2017
                               Form ID: 318             Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 24, 2017.
```
db             +Jeffrey L. Johnson,    22 Daisy Ct.,    Sayreville, NJ 08872-2124
517102802      +Con. Edison Co. of NY,    4 Irving Place, Rm. 1875-S,    New York NY 10003-3502
517065787      +ConEdison,    JAF Station,    P.O.Box 1702,    New York, NY 10116-1702
517065788      +Department of Taxation and Finance,    OPTS-Individual Tax Returns Processing,
                 W A Harriman Campus,    Albany, NY 12227-0001
517065789      +Equifax,    POB 740241,    Atlanta, GA 30374-0241
517065791      +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
517065792      +Fay Servicing,    Po Box 619063,    Dallas, TX 75261-9063
517065793      +Financial Network Recovery Inc,    Po Box 940730,    Simi Valley, CA 93094-0730
517065794      +GEICo Insurance,    Geico Remittance,    One Geico Plaza,    Bethesda, MD 20811-0002
517065795      +Glenwood East Condominium,    97-77 Queens Blvd - Ste 1120,    Rego Park, NY 11374-3332
517065797      +Hamilivlease,    100a Broadway,    Brooklyn, NY 11249-6127
517065799      +JAF Station,    Po Box 1702,    New York, NY 10116-1702
517065800     ++JERSEY CENTRAL POWER AND LIGHT COMPANY,    BUILDING 3,    331 NEWMAN SPRINGS ROAD,
                 RED BANK NJ 07701-6771
               (address filed with court: Jersey Central Power and Light,    Po Box 3687,    Akron, OH 44309)
517065801      +Kings County Supreme Court,    360 Adams Street,    Hon. Lawrence S. Knipel,
                 Brooklyn, NY 11201-3749
517065802      +Linebarger Goggan Blair & Sampson, LLP,    61 Broadway Ste 2600,    New York, NY 10006-2840
517065804      +MTA Bridges and Tunnels E-Z Pass,    P.O. Box 15183,    Albany, NY 12212-5183
517065803      +Metro Leasng,    41-24 39th St,    Sunnyside, NY 11104-4202
517065810      +NYC Department of Finance,    Po Box 3933,    New York, NY 10008-3933
517065805      +National Grid,    Po Box 11741,    Newark, NJ 07101-4741
517065807      +New Jersey Gross Income Tax,    P.O Box 046,    Trenton, NJ 08646-0046
517065808      +New York thruway Authority,    ADMINISTRATIVE HEADQUARTERS,    200 Southern Blvd.,
                 Albany, NY 12209-2018
517065809      +North Bergen Municipal Court,    4225 Bergen Turnpike,    North Bergen, NJ 07047-2511
517065811      +PA turnpike Toll by Plate,    300 East Park Drive,    Harrisburg, PA 17111-2729
517065815      +PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
517065812      +Performant Recovery Inc,    Po Box 9056,    Pleasanton, CA 94566-9056
517065813      +Phelan Hallinan Diamond & Jones PC,    400 Fellowship Road, Suite 100,
                 Mount Laurel, NJ 08054-3437
517065814      +Progessive,    po box 31260,    Tampa, FL 33631-3260
517065820       State Farm Claims,    P. O Box 5000,    STN Aurora Main,    ON
517065822      +Stiene & Associates PC,    167 Main Street,    Attn: Leonard W. Stewart Esq.,
                 Northport, NY 11768-1746
517065823      +Stork Drivers LLC,    115 East 57th Street 11th Floor,    New York, NY 10022-2120
517065824      +Time Warner Cable,    41-61 Kissena Blvd,    Flushing, NY 11355-3189
517065825      +Tolls by Mail Payment Processing Center,    Po Box 15183,    Albany, NY 12212-5183
517065826       TransUnion,    POB 2000,    Crum Lynne, PA 19022
517065828      +Unemployment Insurance Division,    Benefits Collections Unit,    Po Box 1195,
                 Albany, NY 12201-1195
517065829      +Verizon,    P.O Box 408,    Newark, NJ 07101-0408
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 22 2017 22:15:45      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 22 2017 22:15:41      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517065782      +E-mail/Text: bankruptcy@rentacenter.com Dec 22 2017 22:16:54      Acceptance Now,
                 Attn: Bankruptcy,    5501 Headquarters Dr,    Plano, TX 75024-5837
517065783      +E-mail/Text: DONNA@SAYREVILLE.COM Dec 22 2017 22:15:38      Borough of Sayreville,
                 Water Department,    167 Main Street,    Sayreville, NJ 08872-1149
517065784      +E-mail/Text: bcwrtoff@cablevision.com Dec 22 2017 22:16:46      Cablevision,
                 200 Jericho Quadrangle,    Jericho, NY 11753-2701
517065785      +EDI: CAPITALONE.COM Dec 22 2017 21:58:00      Capital One,    Attn: Bankruptcy,    Po Box 30253,
                 Salt Lake City, UT 84130-0253
517065786      +Fax: 602-659-2196 Dec 22 2017 22:27:17      Chex System,    7805 Hudson Road,    suite 100,
                 Saint Paul, MN 55125-1703
517065790      +E-mail/Text: bknotice@erccollections.com Dec 22 2017 22:15:49      ERC/Enhanced Recovery Corp,
                 Attn: Bankruptcy,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
517065796      +E-mail/Text: bankruptcy@gocapitalusa.com Dec 22 2017 22:16:31      Go Capital,
                 2485 Mccabe Way Ste 200,    Irvine, CA 92614-4294
517065798      +EDI: IRS.COM Dec 22 2017 21:58:00      Internal Revenue Service,    P.O. Box 804527,
                 Cincinnati, OH 45280-4527
517065806     ++E-mail/Text: Jerry.Bogar@conduent.com Dec 22 2017 22:17:00      New Jersey E-Z Pass,
                 E-ZPass Violations Processing Center,    Po Box 4971,    Trenton, NJ 08650-4971
517065816      +EDI: RMCB.COM Dec 22 2017 21:58:00      RMCB,    4 Westchester Plaza,    suite 110,
                 Elmsford, NY 10523-3835
517065818       EDI: NEXTEL.COM Dec 22 2017 21:58:00      Sprint,    P.O. Box 4191,    Carol Stream, IL 60197
517065817      +EDI: DRIV.COM Dec 22 2017 21:59:00      Santander Consumer USA,    attn: Bankruptcy dept,
                 PO Box 105255,    Atlanta, GA 30348-5255
517065819      +E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Dec 22 2017 22:15:57      State Farm,
                 100 State Farm Place,    P.O Box 8000,    Ballston Spa, NY 12020-8000
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Dec 22, 2017
                              Form ID: 318             Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517065821       +E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Dec 22 2017 22:15:57
                 State Farm Insurance Company,    300 Kimball Drive,    Parsippany, NJ 07054-2180
517065827       +E-mail/Text: bankruptcydepartment@tsico.com Dec 22 2017 22:16:37        Transworld Systems Inc,
                 5626 Frantz Road,    Dublin, OH 43017-2590
517065830        EDI: WFFC.COM Dec 22 2017 21:58:00       Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                 Frederick, MD 21701
                                                                                               TOTAL: 18
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2017 at the address(es) listed below:
```
              Bunce   Atkinson    bunceatkinson@aol.com,   NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
              Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Citigroup Mortgage Loan Trust 2007-WFHE4, Asset-Backed Pass-Through Certificates, Series
               2007-WFHE4 cwohlrab@logs.com,    njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank
               National Association, as Legal Title Trustee dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Michelle   Labayen    on behalf of Debtor Jeffrey L. Johnson njchapter7@gmail.com,
               benitezgiovanna@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank
               National Association, as Legal Title Trustee rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6
```