UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: JEFFREY L. JOHNSON,

Case No.: 17-28638
Chapter: 7
Judge: KCF

### NOTICE OF PROPOSED ABANDONMENT

__Bunce D. Atkinson__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson__ on __January 30, 2018__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
22 Daisy Ct, Sayreville, NJ ($238,381.00)
1111 E 93rd St, 400, Brooklyn, NY 11236 ($42,484.00)

Liens on property:
Wells Fargo Home Mortgage-8480 Stagecoach Cir, Frederick, MD 21701 ($491,523.00)

Fay Servicing-PO Box 619063, Dallas, TX 75261 ($243,969.00)

Amount of equity claimed as exempt: $23,675.00
$42,484.00

Objections must be served on, and requests for additional information directed to:

Name: Bunce D. Atkinson, Esq.
Address: PO Box 8415, Red Bank, NJ 07701
Telephone No.: 732-530-5300

*rev.8/1/15*

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                      Case No. 17-28638-KCF
Jeffrey L. Johnson                                                          Chapter 7
        Debtor                           CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                    Page 1 of 2                   Date Rcvd: Jan 03, 2018
                              Form ID: pdf905                Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2018.
db             +Jeffrey L. Johnson,    22 Daisy Ct.,    Sayreville, NJ 08872-2124
517065785      +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
517102802      +Con. Edison Co. of NY,     4 Irving Place, Rm. 1875-S,    New York NY 10003-3502
517065787      +ConEdison,    JAF Station,    P.O.Box 1702,    New York, NY 10116-1702
517065788      +Department of Taxation and Finance,     OPTS-Individual Tax Returns Processing,
                 W A Harriman Campus,    Albany, NY 12227-0001
517065789      +Equifax,    POB 740241,    Atlanta, GA 30374-0241
517065791      +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
517065792      +Fay Servicing,    Po Box 619063,    Dallas, TX 75261-9063
517065793      +Financial Network Recovery Inc,     Po Box 940730,    Simi Valley, CA 93094-0730
517065794      +GEICo Insurance,    Geico Remittance,    One Geico Plaza,    Bethesda, MD 20811-0002
517065795      +Glenwood East Condominium,     97-77 Queens Blvd - Ste 1120,    Rego Park, NY 11374-3332
517065797      +Hamilivlease,    100a Broadway,    Brooklyn, NY 11249-6127
517065799      +JAF Station,    Po Box 1702,    New York, NY 10116-1702
517065800     ++JERSEY CENTRAL POWER AND LIGHT COMPANY,     BUILDING 3,    331 NEWMAN SPRINGS ROAD,
                 RED BANK NJ 07701-6771
               (address filed with court: Jersey Central Power and Light,       Po Box 3687,    Akron, OH 44309)
517065801      +Kings County Supreme Court,     360 Adams Street,    Hon. Lawrence S. Knipel,
                 Brooklyn, NY 11201-3749
517065802      +Linebarger Goggan Blair & Sampson, LLP,     61 Broadway Ste 2600,    New York, NY 10006-2840
517065804      +MTA Bridges and Tunnels E-Z Pass,     P.O. Box 15183,    Albany, NY 12212-5183
517065803      +Metro Leasng,    41-24 39th St,    Sunnyside, NY 11104-4202
517065810      +NYC Department of Finance,     Po Box 3933,    New York, NY 10008-3933
517065805      +National Grid,    Po Box 11741,    Newark, NJ 07101-4741
517065807      +New Jersey Gross Income Tax,     P.O Box 046,    Trenton, NJ 08646-0046
517065808      +New York thruway Authority,     ADMINISTRATIVE HEADQUARTERS,    200 Southern Blvd.,
                 Albany, NY 12209-2018
517065809      +North Bergen Municipal Court,     4225 Bergen Turnpike,    North Bergen, NJ 07047-2511
517065811      +PA turnpike Toll by Plate,     300 East Park Drive,    Harrisburg, PA 17111-2729
517065815      +PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
517065812      +Performant Recovery Inc,    Po Box 9056,    Pleasanton, CA 94566-9056
517065813      +Phelan Hallinan Diamond & Jones PC,     400 Fellowship Road, Suite 100,
                 Mount Laurel, NJ 08054-3437
517065814      +Progessive,    po box 31260,    Tampa, FL 33631-3260
517065817      +Santander Consumer USA,     attn: Bankruptcy dept,    PO Box 105255,    Atlanta, GA 30348-5255
517065820       State Farm Claims,    P. O Box 5000,    STN Aurora Main,    ON
517065822      +Stiene & Associates PC,     167 Main Street,    Attn: Leonard W. Stewart Esq.,
                 Northport, NY 11768-1746
517065823      +Stork Drivers LLC,    115 East 57th Street 11th Floor,     New York, NY 10022-2120
517065824      +Time Warner Cable,    41-61 Kissena Blvd,    Flushing, NY 11355-3189
517065825      +Tolls by Mail Payment Processing Center,      Po Box 15183,   Albany, NY 12212-5183
517065826       TransUnion,    POB 2000,    Crum Lynne, PA 19022
517065828      +Unemployment Insurance Division,     Benefits Collections Unit,    Po Box 1195,
                 Albany, NY 12201-1195
517065829      +Verizon,    P.O Box 408,    Newark, NJ 07101-0408
517065830     ++WELLS FARGO BANK NA,     WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,     3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Hm Mortgag,       8480 Stagecoach Cir,
                 Frederick, MD 21701)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 03 2018 23:18:50      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 03 2018 23:18:48       United States Trustee,
                 Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517065782      +E-mail/Text: bankruptcy@rentacenter.com Jan 03 2018 23:19:34       Acceptance Now,
                 Attn: Bankruptcy,    5501 Headquarters Dr,    Plano, TX 75024-5837
517065783      +E-mail/Text: DONNA@SAYREVILLE.COM Jan 03 2018 23:18:42       Borough of Sayreville,
                 Water Department,    167 Main Street,    Sayreville, NJ 08872-1149
517065784      +E-mail/Text: bcwrtoff@cablevision.com Jan 03 2018 23:19:30       Cablevision,
                 200 Jericho Quadrangle,    Jericho, NY 11753-2701
517065786      +Fax: 602-659-2196 Jan 03 2018 23:48:19      Chex System,    7805 Hudson Road,    suite 100,
                 Saint Paul, MN 55125-1703
517065790      +E-mail/Text: bknotice@erccollections.com Jan 03 2018 23:18:53       ERC/Enhanced Recovery Corp,
                 Attn: Bankruptcy,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
517065796      +E-mail/Text: bankruptcy@gocapitalusa.com Jan 03 2018 23:19:19       Go Capital,
                 2485 Mccabe Way Ste 200,    Irvine, CA 92614-4294
517065798      +E-mail/Text: cio.bncmail@irs.gov Jan 03 2018 23:18:19      Internal Revenue Service,
                 P.O. Box 804527,    Cincinnati, OH 45280-4527
517065806      +E-mail/Text: Jerry.Bogar@conduent.com Jan 03 2018 23:19:41       New Jersey E-Z Pass,
                 E-ZPass Violations Processing Center,     Po Box 4971,   Trenton, NJ 08650-4971
517065816      +E-mail/Text: bkrpt@retrievalmasters.com Jan 03 2018 23:18:47       RMCB,    4 Westchester Plaza,
                 suite 110,    Elmsford, NY 10523-3835
```

```
District/off: 0312-3          User: admin              Page 2 of 2                    Date Rcvd: Jan 03, 2018
                              Form ID: pdf905          Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517065818        E-mail/Text: appebnmailbox@sprint.com Jan 03 2018 23:18:44      Sprint,    P.O. Box 4191,
                 Carol Stream, IL 60197
517065819       +E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Jan 03 2018 23:18:57      State Farm,
                 100 State Farm Place,    P.O Box 8000,    Ballston Spa, NY 12020-8000
517065821       +E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Jan 03 2018 23:18:57
                 State Farm Insurance Company,    300 Kimball Drive,    Parsippany, NJ 07054-2180
517065827       +E-mail/Text: bankruptcydepartment@tsico.com Jan 03 2018 23:19:23      Transworld Systems Inc,
                 5626 Frantz Road,    Dublin, OH 43017-2590
                                                                                                 TOTAL: 15

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 2, 2018 at the address(es) listed below:
              Bunce   Atkinson    on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com,  NJ09@ecfcbis.com,
               maraujo@atkinsondebartolo.org
              Bunce   Atkinson    bunceatkinson@aol.com,  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
              Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Citigroup Mortgage Loan Trust 2007-WFHE4, Asset-Backed Pass-Through Certificates, Series
               2007-WFHE4 cwohlrab@logs.com,  njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank
               National Association, as Legal Title Trustee dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Michelle  Labayen    on behalf of Debtor Jeffrey L. Johnson njchapter7@gmail.com,
               benitezgiovanna@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank
               National Association, as Legal Title Trustee rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 7
```